IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Vital Support Home Health        :
Care Agency, Inc.,             :
                 Petitioner  :
                               :
           v.               :
                               :
Unemployment Compensation  :
Board of Review,           :   No. 1598 C.D. 2016
                 Respondent  :

O R D E R

AND NOW, this 27th day of October, 2017, footnote 2 of the Memorandum Opinion in the above matter, filed October 20, 2017, is amended to read as follows:

Page 1, footnote 2, line 2, the word "affirm" is corrected to read "reverse".

Page 1, footnote 2, 5th line, 210 Pa. Code § 67.256(b) is changed to read 210 Pa. Code § 69.256(b).

In all other respects, the Opinion shall remain the same.

_____
ANNE E. COVEY, Judge